**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **THELMA LILIANA ZAPETA REYES #A206-845-641** | **CIVIL ACTION 3:26-CV-01121 SEC. P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER** | **MAGISTRATE JUDGE WHITEHURST** |

**O R D E R**

On April 9, 2026, a **MOTION TO EXPEDITE CONSIDERATION** (Doc. No. 2) was filed on behalf of Plaintiff Thelma Liliana Zapeta Reyes. An individual (Karen Elizabeth Ruano Zapeta) who is not an attorney has signed this document on behalf of another. Rule 11 of the Federal Rules of Civil Procedure states that, "Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's name or by a party personally if the party is unrepresented**."** Mover was notified of this deficiency on April 9, 2026, but has failed to correct it.

Accordingly,

**IT IS ORDERED** that the **MOTION TO EXPEDITE CONSIDERATION** (Doc. No. 2) filed on behalf of Plaintiff Thelma Liliana Zapeta Reyes on April 9, 2026, be and is hereby stricken from the record.

THUS DONE in Chambers on this 1st day of May 2026.

**CAROL B, WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**